UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLALOBOS, | No. 2:13-cv-00109 DAD P |
| Plaintiff, | |
| v. | ORDER |
| TOM BOSENKO, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In his application to proceed in forma pauperis, plaintiff indicates that he is currently incarcerated at "Shasta County Jail/D.V.I. Tracy[.]" (ECF No. 2 at 1.) Because it is not clear from his application where plaintiff is currently incarcerated, the court will order plaintiff to file a notice of his current address, as well as, a new application to proceed in forma pauperis if he is no longer incarcerated at the Shasta County Jail.[1] Plaintiff is also advised that it is his responsibility to keep the court apprised of his current address at all times. E.D. Local Rule 182(f).

/////

/////

---

[1] Plaintiff is cautioned that the certificate portion of the in forma pauperis must be completed and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). In addition, plaintiff must submit a certified copy of his prison (or jail) trust account statement for the six month period immediately preceding the filing of the complaint.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the service of this order, plaintiff shall file a notice of his current address and a new application to proceed in forma pauperis if plaintiff is no longer incarcerated at the Shasta County Jail. Plaintiff's failure to comply with this order will result in the dismissal of this action;

2. The Clerk of the Court is directed to provide plaintiff with the court's application to proceed in forma pauperis by a prisoner; and

3. The Clerk of the Court is directed to serve this order on plaintiff at both the Shasta County Jail and Deuel Vocational Institution.

Dated:  October 2, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
vill109.ord

2